

FILED

SEP 15 2014

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                                    Plaintiff,

                    vs.

MELVIN CESAR JONES, JR. (1),

                                    Defendant.

CASE NO. 14CR1902-BEN

**JUDGMENT OF DISMISSAL**

        IT APPEARING that the defendant is now entitled to be discharged
for the reason that:

____    an indictment has been filed in another case against the defendant and
        the Court has granted the motion of the Government for dismissal of
        this case, without prejudice; or

____    the Court has dismissed the case for unnecessary delay; or

_X_     the Court has granted the motion of the Government for dismissal,
        without prejudice; or

____    the Court has granted the motion of the defendant for a judgment of
        acquittal; or

____    a jury has been waived, and the Court has found the defendant not
        guilty; or

____    the jury has returned its verdict, finding the defendant not guilty;

_X_     of the offense(s) as charged in the Indictment:

        TITLE 18 U.S.C. §751(a) and 4082(a).

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: SEPTEMBER 10, 2014

                                    Hon. Roger T. Benitez
                                    U.S. District Judge